# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:

       Marcus L Anthony
       Kenyatta M Anthony
          Debtor(s)

Case No. 14 B 00454

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/08/2014.

2) The plan was confirmed on 06/04/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was Dismissed on 07/29/2015.

6) Number of months from filing to last payment: 17.

7) Number of months case was pending: 23.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $18,045.05 | |
| Less amount refunded to debtor | $4.56 | |
| **NET RECEIPTS:** | | **$18,040.49** |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $4,013.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $589.88 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$4,602.88** |

Attorney fees paid and disclosed by debtor:     $350.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| American Family Insurance | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 694.00 | 693.56 | 693.56 | 0.00 | 0.00 |
| Ameriloan | Unsecured | 134.00 | NA | NA | 0.00 | 0.00 |
| Association For Women's Healthcare Ltd | Unsecured | 486.58 | NA | NA | 0.00 | 0.00 |
| AT&T Mobility II LLC | Unsecured | 338.47 | 338.47 | 338.47 | 0.00 | 0.00 |
| Baxter Credit Union | Unsecured | 24.00 | NA | NA | 0.00 | 0.00 |
| Baxter Credit Union | Unsecured | 856.00 | 856.12 | 856.12 | 0.00 | 0.00 |
| BCU | Unsecured | 94,287.77 | NA | NA | 0.00 | 0.00 |
| Big Pawn | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Capital One Auto Finance | Secured | 18,069.00 | 18,579.01 | 18,579.01 | 7,047.38 | 917.35 |
| Capital One Bank USA NA | Unsecured | 2,585.08 | 2,872.08 | 2,872.08 | 0.00 | 0.00 |
| Chase Receivables | Unsecured | 544.08 | NA | NA | 0.00 | 0.00 |
| City of Chicago | Unsecured | 746.00 | NA | NA | 0.00 | 0.00 |
| client services inc | Unsecured | 883.53 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 362.07 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 644.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 141.00 | 695.31 | 695.31 | 0.00 | 0.00 |
| Comnwlth Fin | Unsecured | 1,011.00 | NA | NA | 0.00 | 0.00 |
| Credit Collection Services | Unsecured | 253.50 | NA | NA | 0.00 | 0.00 |
| Department Stores National Bank | Unsecured | 883.00 | 883.53 | 883.53 | 0.00 | 0.00 |
| Dsg Collect | Unsecured | 985.00 | NA | NA | 0.00 | 0.00 |
| Dsg Collect | Unsecured | 985.00 | NA | NA | 0.00 | 0.00 |
| Educational Credit Management Corp | Unsecured | NA | 84,821.90 | 84,821.90 | 0.00 | 0.00 |
| Educational Credit Management Corp | Unsecured | NA | 16,841.66 | 16,841.66 | 0.00 | 0.00 |
| Enhanced Recovery Company | Unsecured | 237.24 | NA | NA | 0.00 | 0.00 |
| Galway Financial Services LLC | Unsecured | NA | 198.00 | 198.00 | 0.00 | 0.00 |
| Georgette Glenn | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Grant & Weber Inc | Unsecured | 14,543.00 | NA | NA | 0.00 | 0.00 |
| Hillcrest Davidson & A | Unsecured | 1,248.00 | NA | NA | 0.00 | 0.00 |
| Hudson Acceptance | Unsecured | 677.00 | NA | NA | 0.00 | 0.00 |
| IL Dept Of Healthcare & Family Services | Priority | 11,000.00 | 16,287.37 | 16,287.37 | 2,422.46 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Illinois Bell Telephone Company | Unsecured | NA | 6.28 | 6.28 | 0.00 | 0.00 |
| Illinois Department of Employment S | Unsecured | 610.00 | NA | NA | 0.00 | 0.00 |
| Illinois Department of Health & Fam | Unsecured | 5,600.00 | NA | NA | 0.00 | 0.00 |
| Illinois Department of Health & Fam | Unsecured | 5,600.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 115.50 | 65.65 | 65.65 | 5.39 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | NA | 7.20 | 7.20 | 0.00 | 0.00 |
| Illinois Tollway | Unsecured | 175.80 | 1,363.10 | 1,363.10 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | NA | 925.30 | 925.30 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 4,949.00 | 4,949.00 | 4,949.00 | 736.08 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 632.00 | NA | NA | 0.00 | 0.00 |
| Lanebryant | Unsecured | 377.00 | NA | NA | 0.00 | 0.00 |
| LTD Financial | Unsecured | 414.44 | NA | NA | 0.00 | 0.00 |
| MCS Collections | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| Med Busi Bur | Unsecured | 442.00 | NA | NA | 0.00 | 0.00 |
| Monahan Law Group | Unsecured | 1,302.40 | NA | NA | 0.00 | 0.00 |
| NCO Fiancial Systems | Unsecured | 96.13 | NA | NA | 0.00 | 0.00 |
| Northland Group | Unsecured | 574.32 | NA | NA | 0.00 | 0.00 |
| Northwest Collectors | Unsecured | 327.00 | NA | NA | 0.00 | 0.00 |
| Northwest Collectors | Unsecured | 101.00 | NA | NA | 0.00 | 0.00 |
| Northwestern Med. Faculty Foundatio | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Northwestern Memorial Hospital | Unsecured | 527.39 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 1,318.00 | 1,430.89 | 1,430.89 | 0.00 | 0.00 |
| Planet Fitness | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Portfolio | Unsecured | 1,016.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 10,277.00 | 10,276.56 | 10,276.56 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 1,016.00 | 1,015.83 | 1,015.83 | 0.00 | 0.00 |
| Protect America | Unsecured | 251.93 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 248.00 | 248.32 | 248.32 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | NA | 1,011.88 | 1,011.88 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 385.00 | 385.38 | 385.38 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 677.00 | 677.97 | 677.97 | 0.00 | 0.00 |
| Regions Bank | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | NA | 183.00 | 183.00 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | NA | 683.61 | 683.61 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | NA | 779.83 | 779.83 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 0.00 | 578.85 | 578.85 | 0.00 | 0.00 |
| Springleaf Financial S | Unsecured | 2,967.64 | NA | NA | 0.00 | 0.00 |
| Springleaf Financial Services | Secured | 1.00 | 2,500.00 | 500.00 | 337.74 | 13.13 |
| Springleaf Financial Services | Unsecured | NA | 282.97 | 2,892.97 | 0.00 | 0.00 |
| Sprint Corp | Unsecured | 1,038.00 | 590.95 | 590.95 | 0.00 | 0.00 |
| Titlemax Of Illinois Inc d/b/a TitleMax | Secured | 3,926.68 | 4,455.44 | 4,455.44 | 1,823.52 | 134.56 |
| TRS Corporate office | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| TRS Recovery Services | Unsecured | 462.06 | NA | NA | 0.00 | 0.00 |
| United Recovery Service, LLC | Unsecured | 153.00 | NA | NA | 0.00 | 0.00 |
| University of Illinois Medical Center | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Verizon Wireless | Unsecured | 461.00 | NA | NA | 0.00 | 0.00 |
| Women's Workout World | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| wow | Unsecured | 185.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $23,034.45 | $8,870.90 | $1,051.91 |
| All Other Secured | $500.00 | $337.74 | $13.13 |
| **TOTAL SECURED:** | **$23,534.45** | **$9,208.64** | **$1,065.04** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $16,287.37 | $2,422.46 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $5,014.65 | $741.47 | $0.00 |
| **TOTAL PRIORITY**: | **$21,302.02** | **$3,163.93** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$131,258.55** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,602.88 |
| Disbursements to Creditors | $13,437.61 |
| **TOTAL DISBURSEMENTS** : | **$18,040.49** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/07/2015                      By: /s/ Marilyn O. Marshall
                                                        Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**